IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DEBORAH LAUFER,
Plaintiff,

v.

HAMPDEN INVESTMENT PROPERTIES LLC,

Defendant.

Case No. 1:20-cv-01327-ELH

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 14, 2020

_____
UNITED STATES DISTRICT JUDGE